# Exhibit A

**pfnash@nashmarshall.com**

| | |
|---|---|
| From: | Sharad Gupta <sharadg77@yahoo.com> |
| Sent: | Thursday, December 2, 2021 7:59 PM |
| To: | pfnash@nashmarshall.com |
| Subject: | Subu Nayak |

Hi Patrick:

Hope you are doing well!

I just wanted to write a quick note for my friend - Subu Nayak, whom I have had the pleasure of knowing for over 20 years. Subu and I studied at The University of Tennessee, Knoxville between 2001-2004. I met him as a Grad school student while we he was pursuing his PhD program at the University.

I have regarded Subu as person of honor, integrity and respect. During our time in college, we interacted regularly and I have always appreciated his humility and concern for his friends and community. He was highly regarded in our friend circle and served as a trusted guide/advisor by several new incoming international students.

Being a student and living through the hardships, Subu was always there to offer help both as a friend and as a family. He's conscientious behavior was certainly reflected in our day-to-day interactions both while at school or at the university apartments where most of us stayed together.

I can't remember of any incidence where he would offer any suggestion/advice that could be further away from doing the right thing all the time! (In fact, as friends if we went out and had a couple of drinks he would be the person advising us to ride back in cab or have a sober friend drive us back home)

After graduating from college in 2004, since we moved to different parts of the country we have stayed in touch occasionally. However, I continue to believe that his integrity and contentious behavior have stayed all along.

Happy to help answer any questions/concerns.

Thanks
Sharad Gupta
510936 4985

1

In support of Mr Subu Nayak,

I met Mr. Nayak in 2019 at a Toastmasters meeting when we were both looking to improve our public speaking skills. We became friends and as he got to know me, he thought my skills could help his current project so he offered to give me employment. I found his enthusiasm for the project and the project itself interesting. He always showed interest in the end goals and for improving the planet through the project. I thought of him as very understanding in material science and a good person overall.

I also met his son. He cares very much for his son and was definitely committed to ensuring his son was raised well and received good opportunities. I know that he will continue to do what he can to ensure his child's safety and well being.

Mr. Nayak strikes me as a person that learns from his mistakes. I know he will use this experience and will grow with it to never repeat it again.


Sincerely,
 Mr. Jonathan Snyder

**pfnash@nashmarshall.com**

| | |
|---|---|
| **From:** | sarah <sarahjmiller09@gmail.com> |
| **Sent:** | Thursday, December 2, 2021 1:33 PM |
| **To:** | pfnash@nashmarshall.com |
| **Subject:** | Re: Subu Nayak |

Subu Nayak is the best man I've ever known. He changed my life. It wasn't until I met Subu that I started to live life and really thrive. My whole entire life I have struggled with depression and anxiety. My parents didn't know what to do with me or how to help me. Meeting Subu was one of the best things to have ever happened to me. From the moment we met, I had a friend. I felt cherished and supported. He required nothing of me, which was a good thing because I had nothing to give. I was an empty cup. Slowly but surely, I began to heal and create a life for myself. My parents, my siblings, and everyone else who knows me would tell you the same thing. Subu has had a profound effect on my life. He saved me. I've never met a better man than him. I've witnessed first hand his ex wife being nasty to him. I've experienced first hand his ex wife being nasty to me. Not once did he ever speak ill of her. Not once did he ever want to take his son away from her when no one would blame him if he did. When other people are nasty and act in unbecoming ways, Subu is the first to extend grace. He never runs out of grace for anyone. Even if it means he will be taken advantage of and mistreated. I cannot say enough good things about this man. He fixed me. He loved me. He took care of me as if I were his own, never requiring anything in return. I understand the charges against him are serious, but if ever a man were deserving of a second chance, it is Subu. He has never cared about money a day in his life. Experiences are what matter to this man. Relationships. Doing good for the world. Taking care of the planet and other people. These are the things that matter to Subu. Subu has suffered enough already. He lost his son. He lost his career. He lost his home. He lost his dignity. He will never be able to do the work he wants to do and putting him in jail would be depriving society of a man who has spent his entire life trying to make the world a better place for everyone.

**pfnash@nashmarshall.com**

---

**From:** Wayne Johnson <waynej506@gmail.com>
**Sent:** Thursday, December 2, 2021 10:46 AM
**To:** pfnash@nashmarshall.com
**Subject:** Re: Subu Nayak

To whom it may concern:

My name is Wayne Johnson. I am writing this letter on behalf of Subhadarshi "Subu" Nayak. I am a Registered Nurse and co-owner of the Radically Rooted Yoga Studio in Lexington, Kentucky. I have had the opportunity to work with many different communities during my 11-year career in the nursing profession. Through my peers in the healthcare profession, I have come to know what it means to be kind.

I believe I have had the opportunity to get to know the true character of Subu. In the time that I have known Subu, his character has been exemplary. In 2020 Subu joined me in yoga teacher training, and he has demonstrated kindness and selflessness towards our Yoga community and friends alike. I have witnessed Subu's willingness to go out of his way to engage in compassionate service. Subu's kind presence and friendship have been a nourishing resource in these times of great stress as a healthcare worker during the pandemic. Subu is always willing to extend a helping hand and donate his time and effort to tend to the group's well-being. Subu often generously cooked for the group and would volunteer to stay after everyone else had left to help with the studio's cleaning. The many profound conversations I have had with Subu have led me to believe that he sincerely wishes to dedicate his future to selfless service.

From the deepest place of my heart, I have come to know Subu as a kind and compassionate person with a sincere yearning to benefit humanity. Thank you for taking the time to read and consider this as you make your decision.

Sincerely,

Wayne Johnson

December 3rd 2021

To: Honorable Judge Danny Reeves

Re: Subhadarshi Nayak

I have known Subhadarshi Nayak for almost 27 years and he has been a great friend and mentor to me. I was both troubled and surprised to hear about this case because he has always been a person of high integrity and great role model for several people including me.

I have known Subhadarshi since our undergrad school days and we have always shared the passion for science and engineering. I am always amazed at the several positive contributions he has made to the society in various fields - from material science to semiconductors to sensors to alternate energy. He has also published several scientific papers which is still cited by others to further scientific research. I have always reached out to him to seek his guidance and advice on various topics in engineering and he was always ready to help.

Apart from his professional life, I have always seen him as the most generous and caring person. He is always ready to help others despite of all the hardships he himself may be going through. I still remember couple of decades back I was going through some rough patch and at the same time I also lost my mother. He not only helped me financially but also took time off from his work to come and visit me to help me get through those tough times and lift my spirits. He was equally dedicated toward his family life, and I remember every time I called him he was really excited to share his son's accomplishments in gymnastics and in studies.

I am confident that the justice system has done its due diligence and I sincerely respect the decision. But at the same time it is my sincere hope that my inputs will be taken into consideration at the time of sentencing. Please feel free to reach out to if you need additional information.

Sincerely,

Yerramalli Subramaniam

## pfnash@nashmarshall.com

**From:** Jessica Lichaa <jessicalichaa@liveradicallyrooted.com>
**Sent:** Friday, December 3, 2021 7:38 PM
**To:** pfnash@nashmarshall.com
**Subject:** Re: Subu Nayak

Dear Patrick, I apologize for the delay and hope it's not too late. This week was challenging for me with my internet connection.

Please see my letter below.

To whom it may concern:
My name is Jessica Lichaa, and I am the co-owner of Radically Rooted Yoga studio in Lexington, KY. I am writing to request leniency in the sentencing of Subhadarshi (Subu) Nayak. I have been blessed to know Subu for just under seven years, as he has been a dedicated practitioner and community supporter of our yoga community.

Over the years of knowing Subu, I have witnessed selfless service in its most pure form. Subu is highly attuned to the needs of others and finds joy in helping others. He has been a reliable resource to me as a studio owner over the years as I have called on him to check in on the studio while I have been out of town. Subu always brings an uplifting, playful and joyous energy to our community and is greatly loved by many.

In January 2021, Subu embarked in our yoga teacher training program, which took a deep dive into personal development and healing. Subu gained clarity in his desire to serve others more deeply during this time.
He holds tremendous compassion for humanity and wishes to be a conduit for healing in the world. I see the world needing Subu's light now, more than ever, and feel the world would benefit most with him in it.

Thank you so much for considering leniency for my dear friend, Subu Nayak.

Kind regards,

Jessica Lichaa